UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN PUGA CARRILLO,<br>Plaintiff,<br>v.<br>WILLIAM MUNIZ,<br>Defendant. | Case No. 16-cv-00565-JD<br><br>**ORDER RE MOTION TO PROCEED IN FORMA PAUPERIS**<br><br>Re: Dkt. No. 26 |

The request to proceed in forma pauperis on appeal, Dkt. No. 26, is granted in light of petitioner's indigent status.

**IT IS SO ORDERED.**

Dated: February 6, 2019

JAMES DONATO
United States District Judge